UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Gerardo Garza, et al. | § | |
| v. | § | Case No. 7:20-cv-00291 |
| Ditech Financial, LLC | § | |

## DEFENDANT DITECH'S REMOVAL NOTICE

Ditech Financial, LLC removes Gerardo Garza and Jessica Davila's state court action to this court pursuant to 28 USC §§ 1332 and 1441.

### I.   STATEMENT OF THE CASE

On August 28, 2020, Mr. Garza and Ms. Davila sued Ditech in the 206th judicial district court of Hidalgo County in the case styled *Gerardo Garza, et al. v. Ditech Financial, LLC*, case C-2951-20-D.[1]  Mr. Garza and Ms. Davila sued to enjoin foreclosure of the property located at 710 Julio Street, Mission, Texas 78574.  They seek injunctive relief blocking the sale.

### II.   BASIS FOR DIVERSITY JURISDICTION

The court may exercise diversity jurisdiction pursuant to 28 USC § 1332(a) because the parties are completely diverse and the amount in controversy exceeds $75,000.

**A.   The parties are citizens of different states.**

Diversity jurisdiction exists if there is "complete diversity between all named plaintiffs and all named defendants, and no defendant is a citizen of the forum State."  *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 (2005).  The parties are diverse.  Mr. Garza and Ms. Davila reside in Texas.[2]  *See Preston v. Tenet Healthsystem Mem'l Med. Ctr.*, 485 F.3d 793, 797-98 (5th Cir. 2007).

---

[1] *See* EX. 1, orig. pet.

[2] *See* EX. 1, orig. pet. at 2 (Texas I.D. numbers in the signature block); *see also* 37 Tex. Admin. Code § 15.25 ("The address requirement for a driver license and identification certificate is: (1) The applicant's Texas residence address must be given"); EX. 9, Hidalgo Cty. appraisal dist. report at 1 (listing plaintiffs' mailing address in Edinburg, Texas).

Ditech Financial, LLC[3] fka Green Tree Servicing, LLC is a citizen of Delaware, Pennsylvania and Maryland. Ditech's members are Walter Management Holding Company LLC and Green Tree Servicing Corp., a Delaware corporation with its principal office in Pennsylvania. The sole member of Walter Management Holding Company LLC is Green Tree Credit Solutions LLC. The sole member of Green Tree Credit Solutions LLC is Walter Investment Management Corp., a Maryland corporation with its principal office in Pennsylvania.

**B.     The amount in controversy exceeds $75,000.**

When a defendant seeks removal on the basis of diversity jurisdiction, the amount in controversy may be established by the specific "good faith" sum demanded by the plaintiff in its state court petition. 28 USC § 1446(c)(2).

If a plaintiff does not state the amount of damages it seeks, the burden falls on the defendant to prove the value of the claims. *See St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). In those instances, the removing defendant must "establish by a preponderance of the evidence that the amount in controversy exceeds $75,000." *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). This requirement can be satisfied if the defendant shows "(1) it is apparent from the face of the petition that the claims are likely to exceed $75,000, or, alternatively, (2) the defendant sets forth 'summary judgment type evidence' of facts in controversy that support a finding of the requisite amount." *Id*. (citing *Simon v. Wal-Mart Stores, Inc.*, 193 F.3d 848, 850 (5th Cir. 1999); *Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995)).

"In actions seeking declaratory or injunctive relief the amount in controversy is measured by the value of the object of the litigation." *Leininger v. Leininger*, 705 F.2d 727, 729 (5th Cir. 1983);

---

[3] Plaintiffs assert Ditech "is an individual" but that appears to be a typo, along with their assertion they are the "defendant's" and Ditch is the plaintiff. Ex. 1, orig. pet. at 1.

*Farkas v. GMAC Mortg., LLC*, 737 F.3d 338, 341 (5th Cir. 2013) (per curiam); *see also Nationstar Mortg., LLC v. Knox*, 351 Fed. App'x 844, 848 (5th Cir. 2009) ("[w]hen . . . a right to property is called into question in its entirety, the value of the property controls the amount in controversy") (quoting *Waller v. Prof'l Ins. Corp.*, 296 F.2d 545, 547-48 (5th Cir. 1961)).

The object of this litigation—710 Julio Street, Mission, Texas 78574—is valued at $120,294 by the Hidalgo County Central Appraisal District.[4] *See e.g., Hernandez v. Residential Accredit Loans Inc., Mortg. Asset-Backed Pass-Through Certificates, Series 2007-QS3*, No. H-18-0724, 2018 WL 4033785, *3 (S.D. Tex. Aug. 23, 2018)  (citing appraisal district report as evidence, held "[b]ecause plaintiffs . . . seek a declaration that the lien is void, and because the current market value of the property is $290,091.19 the amount in controversy exceeds the jurisdictional minimum of $75,000."). The amount in controversy exceeds $75,000, and the court may exercise diversity jurisdiction.

### III.   PROCEDURAL REQUIREMENTS SATISFIED

Removal is timely under 28 USC § 1446(b) because it is filed within thirty days of Ditech's receipt of the complaint, through service or otherwise.  Venue is proper in this court because the United States District Court for the Southern District of Texas embraces the place in which the state court action was pending.  28 USC § 1441(a).  Notice has been sent to the state court regarding this removal.  Pursuant to 28 USC § 1446(a), a true and correct copy of all of the process, pleadings, and orders on file in the state court action are attached as exhibits 1-6.

### IV.   CONCLUSION

The parties are completely diverse, and the amount in controversy exceeds $75,000.  This court may exercise diversity jurisdiction over this action.

---

[4] Ex. 9, Hidalgo Cty. appraisal dist. report.

Date: September 24, 2020

Respectfully submitted,

   *s/ Walter McInnis*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Walter McInnis
SBN: 24046394, FBN: 588724
walter.mcinnis@akerman.com
  --*Attorney in Charge*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify I served this document on September 24, 2020 as follows:

**VIA REGULAR U.S. MAIL**
**AND CERTIFIED MAIL / RRR**
**NO. 9414 7266 9904 2174 9908 78**
Gerardo Garza, Jessica Davila
710 Julio Street, Mission, Texas 78574
*Plaintiffs pro se*

 *s/ Walter McInnis*
Walter McInnis