United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Gerardo Garza & Jessica Davila | § | |
| v. | § | 7:20-cv-00291 |
| Ditech Financial, LLC | § | |

## ORDER AND FINAL JUDGMENT

Came on to be considered Defendant Ditech Financial, LLC's Motion to Dismiss and the Court, after hearing arguments and for the reasons stated on the record, is of the opinion that said motion should be GRANTED. It is therefor ORDERED that Defendant's Motion to Dismiss is hereby GRANTED and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

Signed this _21st_ day of September 2021.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE